UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              )
                                    )   CASE NO. 13-57843-CRM
ARNOLD ROOPNARINE                   )
JAIPERSAUD
DRUPATTY JAIPERSAUD                 )   CHAPTER 7
                                    )
             Debtors                )

## TRUSTEE'S REQUEST TO ESTABLISH BAR DATE

COMES NOW, Tamara Miles Ogier as Trustee of the above-referenced bankruptcy
Estate and shows this Honorable Court that she has ascertained there may be funds available
for distribution in the above-referenced matter and requests that a bar date for the filing of
claims be established.

OGIER, ROTHSCHILD & ROSENFELD, P.C.


By:/s/Tamara Miles Ogier
      Georgia Bar No. 550355

170 Mitchell Street, S.W.
Atlanta, Georgia  30303
(404) 525-4000
tmo@orratl.com