**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.  13-57843-CRM |
| ARNOLD ROOPNARINE JAIPERSAUD, ) | |
| DRUPATTY JAIPERSAUD, ) | CHAPTER 7 |
| ) | |
| Debtors. ) | |

**MOTION FOR AUTHORIZATION TO PAY**
**FEES AND EXPENSES OF SPECIAL COUNSEL**

Tamara Miles Ogier as Chapter 7 Trustee files this Motion for Authorization to Pay Fees and Expenses of Special Counsel and shows this Honorable Court the following:

1.

The Debtors filed their voluntary Chapter 7 case on April 8, 2013. The Section 341 Meeting of Creditors was concluded on May 14, 2013.

2.

Attorneys William J. Atkins of Atkins & Fife, LLC and Albert Wan from the Law Office of Albert Wan, P.C. (collectively "Special Counsel") were employed by the Debtor wife to prosecute a pre-petition false arrest claim.

3.

Prepetition, on September 5, 2012, the Debtor received a judgment in her favor following an extend trial in the amount $251,830.00.  Said amount included $109,830.00 in attorney's fees and costs in the amount of $4,500.00.  Therefore, the full amount owed to the Estate on said judgment at the time of filing was $137,500.00.

4.

The judgment was appealed and Special Counsel were employed to represent the Estate's interest on September 10, 2013. Pursuant to the terms of the engagement, Special Counsel was to be compensated either 45% of the gross recovery or the total awarded by the court and paid by the Defendant under a fee-shifting statute.

5.

The matter was appealed to the Eleventh Circuit, which ultimately affirmed the judgment below.

6.

Following the affirmance, the Defendant paid the full amount of the judgment plus all attorney's fees accrued by Special Counsel during the pendency of the appeal. That amount totaled $290,000.

7.

Because the full amount of the judgment and attorney's fees was paid in to the Estate, there was no need to seek approval for a compromise of the claim. Instead, Trustee seeks authority herein to compensate Special Counsel for the work performed on behalf of the Estate.

8.

The total attorneys' fees and costs which Trustee seeks to pay to Special Counsel is $152,500, being the amount awarded in the judgment plus all fees accrued during the pendency of the appeal. The Estate will retain the full $137,500.00 awarded by the trial court.

9.

Special Counsel have agreed that Mr. Wan is to receive $84,966.90 of this amount in fees and Mr. Atkins is to receive $63,033.10 in fees and $4,500.00 in costs.

10.

Special Counsel's time sheets for the work performed during the appeal are attached hereto as Exhibit A and show that Mr. Wan billed $25,217.50 for his work on the appeal, and Mr. Atkins, $19,135.00. This is all following the trial court's award of attorney's fees in the amount of $109,830 and fees of $4,500.

11.

While the proposed payment of $152,500 does not precisely track the terms of the employment approved by this Court, Trustee believes that this proposed payment of attorney's fees is appropriate given that the Estate will receive the full amount of the judgment awarded and Special Counsel will be compensated for their efforts in preserving this judgment for the Estate.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court:

1. Authorize Trustee to pay Special Counsel's fees and expenses totaling $152,500.00 from the litigation proceeds; and

2. Grant such other and further relief as the Court deems just.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:   /s/ *Tamara Miles Ogier*
         Tamara Miles Ogier
         Georgia Bar No. 550355

170 Mitchell St., SW
Atlanta, GA 30303
(404) 525-4000
tmo@orratl.com

## **CERTIFICATE OF SERVICE**

This is to certify that on December 11, 2013 a true and correct copy of the within and foregoing MOTION FOR AUTHORIZATION TO PAY FEES AND EXPENSES OF COUNSEL AND EXEMPTION TO DEBTOR upon the following parties by U.S. Mail, first class, postage prepaid.

Albert Wan
Law Office of Albert Wan, P.C.
1201 Peachtree Street, NE
400 Colony Square, Suite 200
Atlanta, GA 30361

William J. Atkins
Atkins & Fife, LLC
6400 Powers Ferry Road
Suite 355
Atlanta, GA 30339

Drupatty Jaipersaud
1620 Cooper Lakes Drive
Grayson, GA 30017

Arnold Roopnarine Jaipersaud
1620 Cooper Lakes Drive
Grayson, GA 30017

Paul Reece Marr
300 Galleria Parkway, NW
Suite 960
Atlanta, GA 30339

United States Trustee
362 Richard B. Russell Bldg.
75 Spring St., SW
Atlanta, GA 30303

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:_____/s/ *Tamara Miles Ogier*_____
      Tamara Miles Ogier
      Georgia Bar No. 550355

170 Mitchell St., SW
Atlanta, GA 30303
(404) 525-4000
tmo@orratl.com

Exhibit A

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
Attorney at Law
_____

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361

(404) 872-7760
albert@albertwanlaw.com

**Billed To**
**Drupatty "Ann" Jaipersaud**
**1620 Cooper Lakes Dr.**
**Grayson GA 30017-1920**

Invoice

# $25,217.95

due by Nov 29, 2013

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Legal research - waiver of appeal, Rule 59 motions<br>Aug 24, 2012 | 00:45 | $215.00 | $161.25 |
| Email Bill Atkins re: research on waiver issue<br>Aug 24, 2012 | 00:07 | $215.00 | $53.75 |
| Telephone conference with Brian Dempsey and Bill Atkins<br>Aug 30, 2012 | 00:46 | $215.00 | $215.00 |
| Review fee petition and recalculate fees<br>Aug 30, 2012 | 00:12 | $215.00 | $53.75 |
| Email Bill Atkins re: fee calculaton<br>Aug 30, 2012 | 00:15 | $215.00 | $53.75 |
| Email Bill Atkins re: settlement strategy<br>Aug 31, 2012 | 00:15 | $250.00 | $62.50 |
| Review and revise fee application stipulation<br>Sep 04, 2012 | 00:20 | $215.00 | $107.50 |

Page 1 of 8

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

**1201 Peachtree Street**
**400 Colony Square, Suite 200**
**Atlanta, GA 30361**

**(404) 872-7760**
**albert@albertwanlaw.com**

| Item | Hrs / Qty | Rate / Price | Subtotal |
| --- | --- | --- | --- |
| Email Brian Dempsey re: revised stipulation<br>Sep 04, 2012 | 00:01 | $215.00 | $53.75 |
| Draft letter to Ann Jaipersaud<br>Sep 17, 2012 | 00:07 | $215.00 | $53.75 |
| Review and revise demand letter to Freeman et al<br>Sep 21, 2012 | 01:11 | $215.00 | $268.75 |
| Legal research - cross motions for summary judgment<br>Sep 26, 2012 | 00:26 | $215.00 | $107.50 |
| Prepare and file 11th Cir. entry of appearance<br>Oct 10, 2012 | 00:10 | $215.00 | $53.75 |
| Email Bill Atkins re: joint motion to stay judgment<br>Oct 30, 2012 | 00:03 | $215.00 | $53.75 |
| Email Brian Dempsey re: draft motion and order<br>Oct 30, 2012 | 00:05 | $215.00 | $53.75 |
| Prepare confidential mediation statement<br>Nov 15, 2012 | 01:32 | $215.00 | $376.25 |
| Email Bill Atkins re: waiver issue<br>Dec 07, 2012 | 00:21 | $215.00 | $107.50 |
| Telephone conversation with Ann Jaipersaud<br>Dec 14, 2012 | 00:15 | $215.00 | $53.75 |
| Mediation at 11th Circuit<br>Dec 14, 2012 | 02:00 | $215.00 | $430.00 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361

**(404) 872-7760**
**albert@albertwanlaw.com**

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Travel to 11th Circuit Court of Apeals<br>Dec 14, 2012 | 00:30 | $107.50 | $53.75 |
| Travel from 11th Circuit Court of Appeals<br>Dec 14, 2012 | 00:30 | $107.50 | $53.75 |
| Prepare motion to dismiss<br>Dec 28, 2012 | 01:19 | $215.00 | $322.50 |
| Prepare motion to dismiss<br>Dec 29, 2012 | 02:19 | $215.00 | $537.50 |
| Prepare motion to dismiss<br>Jan 02, 2013 | 02:29 | $215.00 | $537.50 |
| Legal research re: motion to dismiss<br>Jan 02, 2013 | 01:15 | $215.00 | $268.75 |
| Revise motion to dismiss<br>Jan 09, 2013 | 00:56 | $215.00 | $215.00 |
| Prepare, revise and file motion to dismiss<br>Jan 14, 2013 | 04:33 | $215.00 | $1,021.25 |
| Draft email to Brian Dempsey re: consent to stay<br>Jan 18, 2013 | 00:11 | $215.00 | $53.75 |
| Email Bill Atkins re: motion to stay<br>Jan 21, 2013 | 00:03 | $215.00 | $53.75 |
| Review Ashley's response to motion to dismiss<br>Jan 28, 2013 | 00:24 | $215.00 | $107.50 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361

(404) 872-7760
albert@albertwanlaw.com

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Prepare reply in further support of motion to dismiss<br>Jan 28, 2013 | 02:34 | $215.00 | $591.25 |
| Prepare rely brief<br>Jan 29, 2013 | 03:21 | $215.00 | $752.50 |
| Legal research<br>Jan 29, 2013 | 01:45 | $215.00 | $376.25 |
| Prepare reply brief<br>Jan 30, 2013 | 02:12 | $215.00 | $483.75 |
| Revise reply brief<br>Jan 31, 2013 | 02:20 | $215.00 | $537.50 |
| Revise and finalize reply brief<br>Feb 06, 2013 | 03:52 | $215.00 | $860.00 |
| Email Ann Jaipersaud with update on appeal<br>Feb 21, 2013 | 00:03 | $215.00 | $53.75 |
| Email Bill Atkins re: tele con with Ann Jaipersaud<br>Feb 28, 2013 | 00:15 | $215.00 | $53.75 |
| Review court's order re: motion to dismiss<br>Apr 09, 2013 | 00:15 | $215.00 | $53.75 |
| Review Ashley's opening brief<br>Apr 11, 2013 | 00:15 | $215.00 | $53.75 |
| Draft statement of issues and statement of case<br>Apr 11, 2013 | 01:01 | $215.00 | $268.75 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361

(404) 872-7760
albert@albertwanlaw.com

| Item | Hrs / Qty | Rate / Price | Subtotal |
| --- | --- | --- | --- |
| Email Paul Marr, Ann's bankruptcy counsel re: appeal<br>Apr 11, 2013 | 00:20 | $215.00 | $107.50 |
| Prepare statement of the case<br>Apr 12, 2013 | 03:32 | $215.00 | $806.25 |
| Prepare statement of the case<br>Apr 15, 2013 | 03:20 | $215.00 | $752.50 |
| Insert record references<br>Apr 17, 2013 | 02:00 | $215.00 | $430.00 |
| Revise statement of the case<br>Apr 17, 2013 | 03:12 | $215.00 | $698.75 |
| Prepare principal brief: legal argument and standard of review<br>Apr 18, 2013 | 03:30 | $215.00 | $752.50 |
| Meeting with Bill Atkins re: appeal<br>Apr 19, 2013 | 01:45 | $215.00 | $376.25 |
| Travel to and from Bill's office<br>Apr 19, 2013 | 01:00 | $107.50 | $107.50 |
| Prepare argument section of principal brief<br>Apr 22, 2013 | 03:17 | $215.00 | $752.50 |
| Telephone conversation with Bill Atkins<br>Apr 25, 2013 | 00:11 | $215.00 | $53.75 |
| Email Bill Atkins re: extension of time to file brief<br>Apr 29, 2013 | 00:30 | $215.00 | $107.50 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361

(404) 872-7760
albert@albertwanlaw.com

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Attend creditor's meeting in bankruptcy court<br>May 14, 2013 | 01:00 | $215.00 | $215.00 |
| Travel to and from bankruptcy court<br>May 14, 2013 | 01:00 | $107.50 | $107.50 |
| Meeting with Bill Atkins re: appeal<br>Jun 03, 2013 | 02:00 | $215.00 | $430.00 |
| Revise and edit principal brief<br>Jun 03, 2013 | 04:38 | $215.00 | $1,021.25 |
| Prepare and revise principal brief<br>Jun 04, 2013 | 04:58 | $215.00 | $1,075.00 |
| Prepare and revise principal brief<br>Jun 05, 2013 | 04:49 | $215.00 | $1,075.00 |
| Prepare and revise principal brief<br>Jun 06, 2013 | 04:50 | $215.00 | $1,075.00 |
| Legal research re: probable cause<br>Jun 06, 2013 | 02:00 | $215.00 | $430.00 |
| Travel to and from Bill's office<br>Jun 12, 2013 | 01:00 | $107.50 | $107.50 |
| Finalize principal brief at Bill's office<br>Jun 12, 2013 | 06:30 | $215.00 | $1,397.50 |
| Draft bankruptcy/special counsel application<br>Jun 21, 2013 | 01:56 | $215.00 | $430.00 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

**1201 Peachtree Street**
**400 Colony Square, Suite 200**
**Atlanta, GA 30361**

**(404) 872-7760**
**albert@albertwanlaw.com**

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Review Ashley's reply brief<br>Jun 26, 2013 | 00:28 | $215.00 | $107.50 |
| Revise bankruptcy/special counsel retention documents<br>Aug 05, 2013 | 01:00 | $215.00 | $215.00 |
| Incorporate edits requested by trustee re: special counsel retention documents<br>Sep 04, 2013 | 00:25 | $215.00 | $107.50 |
| Telephone conversation with Bill Atkins<br>Oct 22, 2013 | 00:10 | $215.00 | $53.75 |
| Email trustee and Bill Atkins re: 11th Circuit decision<br>Oct 22, 2013 | 00:15 | $215.00 | $53.75 |
| Prepare declaration in support of 11th Cir fee petition<br>Oct 23, 2013 | 02:53 | $215.00 | $645.00 |
| Revise memo of law in support of fee applicaiton<br>Oct 23, 2013 | 00:49 | $215.00 | $215.00 |
| Legal research - attorneys' fees on appeal<br>Oct 23, 2013 | 00:28 | $215.00 | $107.50 |
| Prepare fee petition<br>Oct 24, 2013 | 03:08 | $215.00 | $698.75 |
| Prepare fee petition reference materials for Brian Spears and Gerry Weber<br>Oct 25, 2013 | 01:45 | $215.00 | $376.25 |

**Oct 30, 2013**
**Jaipersaud v. Ashley - Appeal**
**Invoice # 265**

**Albert Wan, Attorney at Law**
**Attorney at Law**
_____

**1201 Peachtree Street**
**400 Colony Square, Suite 200**
**Atlanta, GA 30361**

**(404) 872-7760**
**albert@albertwanlaw.com**

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| Review Spears and Weber declarations<br>Oct 28, 2013 | 00:26 | $215.00 | $107.50 |
| Revise fee petition brief<br>Oct 29, 2013 | 02:27 | $215.00 | $537.50 |
| Telephone conversation with Brian Dempsey<br>Oct 30, 2013 | 00:09 | $215.00 | $53.75 |
| Postage<br>Nov 13, 2012 | | $0.45 | $0.45 |

| | Subtotal | $25,217.95 |
|---|---|---|
| | Total due by Nov 29, 2013 | **$25,217.95** |



*Attorneys at Law*                                      6400 Powers Ferry Road, Suite 355, Atlanta, Georgia 30339
Tel: (404) 492-9747
Fax: (404) 969-4140
www.atkinsfife.com

## INVOICE FOR LEGAL SERVICES AND EXPENSES

Prepared for:   Drupatty "Ann" Jaipersaud

Re:                   Drupatty Jaipersaud v. Timothy Ashley

| | |
|---:|---:|
| Invoice Date: | October 30, 2013 |
| Previous Balance: | $52,044.46 |
| Current Charges: | $19,175.26 |
| New Balance: | $71,219.72 |
| Adjustments: | $0.00 |
| Payments: | $0.00 |
| Now Due: | $71,219.72 |
| Trust Account: | $0.00 |

Drupatty "Ann" Jaipersaud

1620 Cooper Lakes Drive

Grayson, GA 30017

USA

|  |  |
|---|---|
| **Invoice Date:** | October 30, 2013 |
| **Invoice Number:** | 10099 |
| **Invoice Amount:** | $19,175.26 |

**MATTER:**    **Drupatty** Jaipersaud v. Timothy Ashley

### ATTORNEYS' FEES

| DATE | DESCRIPTION | ATT | TIME | CHARGE |
|---|---|---|---|---|
| 9/20/2012 | Review and revise demand letter. | W.J.A. | .50 | $157.50 |
| 9/26/2012 | TC with Albert Wan and review of various emails regarding Writ of Execution, etc. | W.J.A. | .30 | $94.50 |
| 10/11/2012 | File Entry of Appearance in 11th Circuit. | W.J.A. | .20 | $63.00 |
| 12/6/2012 | Review and revise Confidential Mediation Statement. | W.J.A. | .50 | $157.50 |
| 12/14/2012 | Attend mediation at Kennard Mediation Center. | W.J.A. | 2.00 | $630.00 |
| 12/14/2012 | Travel to/from 11th Circuit mediation. | W.J.A. | 1.00 | $315.00 |
| 1/3/2013 | Review Appellant's Brief and discuss same with Albert Wan, re: filing Motion to Dismiss | W.J.A. | .60 | $189.00 |
| 1/3/2013 | Review detailed email from Albert Wan regarding issues for Motion to Dismiss; respond to same. | W.J.A. | .30 | $94.50 |
| 1/21/2013 | Exchange emails with Albert Wan and Brian Dempsey, re: Stay to Briefing schedule, etc. pending Motion to Dismiss. | W.J.A. | .50 | $157.50 |
| 1/28/2013 | Review Appellee's Brief in Opposition to Motion to Dismiss. | W.J.A. | .40 | $126.00 |
| 2/1/2013 | Review trial transcript and work on Reply Brief for Motion to Dismiss Appeal | W.J.A. | 1.00 | $315.00 |
| 2/4/2013 | Research waiver issue in old 5th Circuit and 11th Circuit Court of Appeals; Make initial revisions to Reply Brief | W.J.A. | 2.50 | $787.50 |
| 2/5/2013 | Review and revise Reply Brief. | W.J.A. | .80 | $252.00 |
| 2/6/2013 | Review, revise and finalize Reply Brief; TC with Albert Wan, re: final revisions, etc.; File Reply Brief with Court of Appeals. | W.J.A. | 1.60 | $504.00 |
| 4/9/2013 | Review Order on Motion to Dismiss and discuss | W.J.A. | .40 | $126.00 |

| DATE | DESCRIPTION | ATT | TIME | CHARGE |
|---|---|---|---|---|
| | same with Albert Wan. | | | |
| 4/19/2013 | Meeting with Albert Wan, re: appeal brief, etc. | W.J.A. | 1.00 | $400.00 |
| 4/24/2013 | Review and organize sections of brief prepared by Albert Wan. | W.J.A. | .60 | $189.00 |
| 4/29/2013 | TC with Albert Wan, re: discussing assignments and time for getting Brief filed. | W.J.A. | .20 | No Charge |
| 4/30/2013 | TC with Brian Dempsey, re: consent to extension of time to file appeal; Draft Motion to Extend Time for filing Appellee's brief. | W.J.A. | 1.00 | $400.00 |
| 6/2/2013 | Work on initial draft of Appellee's Brief. | W.J.A. | 5.00 | $1,575.00 |
| 6/3/2013 | Meeting with Albert Wan, re: appeal brief. | W.J.A. | 2.00 | $630.00 |
| 6/4/2013 | Draft Appellee's Brief. | W.J.A. | 4.20 | $1,323.00 |
| 6/5/2013 | Draft Appellee's Brief. | W.J.A. | 6.20 | $1,953.00 |
| 6/6/2013 | Continue work on Appellee's Brief: further research on qualified immunity issues; continue draft of qualified immunity section; substantial edits to other portions of the brief. | W.J.A. | 8.70 | $2,740.50 |
| 6/7/2013 | Review and make substantial revisions to Appellee's Brief; Finalize and file Appellee's Brief. | W.J.A. | 9.50 | $2,992.50 |
| 10/22/2013 | TC with Albert Wan, re: 11th Circuit opinion, bankruptcy issues, etc. | W.J.A. | .20 | $63.00 |
| 10/22/2013 | Review 11th Circuit opinion affirming judgment. | W.J.A. | .20 | $63.00 |
| 10/22/2013 | TC with Brian Dempsey, re: 11th Circuit opinion, attorneys' fees, etc. | W.J.A. | .20 | $65.00 |
| 10/22/2013 | Review billing and prepare Invoice. | W.J.A. | 1.00 | $315.00 |
| 10/22/2013 | Draft Bill of Costs; Review attorneys' fees and prepare Fee Application Summary. | W.J.A. | 1.00 | $315.00 |
| 10/22/2013 | Draft Declaration in support of Application for Award of Attorneys' Fees; Draft Application for Award of Attorneys' Fees. | W.J.A. | 2.30 | $724.50 |
| 10/25/2013 | Draft Appellee's Memorandum of Law in Support of Her Application For Attorneys' Fees and Costs. | W.J.A. | 4.50 | $1,417.50 |
| SUBTOTAL: | | | 60.40 | $19,135.00 |

## COSTS

| | | | | |
|---|---|---|---|---|
| 5/22/2013 | Postage 4/3-5/2/13 | | | $9.81 |
| 7/2/2013 | Postage: June 3-July2, 2013: Appeal Brief | | | $30.45 |
| SUBTOTAL: | | | | $40.26 |

TOTAL: $19,175.26

PREVIOUS BALANCE DUE: $52,044.46

CURRENT BALANCE DUE AND OWING: $71,219.72