UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-57843-CRM |
| ARNOLD ROOPNARINE JAIPERSAUD, ) | |
| DRUPATTY JAIPERSAUD, ) | CHAPTER 7 |
| ) | |
|       Debtors. ) | |

NOTICE OF TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY
FEES AND EXPENSES OF SPECIAL COUNSEL

TO: DEBTOR, CREDITORS AND ALL INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that Tamara Miles Ogier as Chapter 7 Trustee in the above-captioned matter filed a Motion for Authorization to Pay Fees and Expenses of Special Counsel seeking entry of an Order authorizing the Trustee to pay $152,500 to Special Counsel as being the amount awarded in the judgment plus all fees accrued during the pendency of the appeal. The Estate will retain the full $137,500.00 awarded by the trial court.

GENERAL INFORMATION: Attorneys William J. Atkins of Atkins & Fife, LLC and Albert Wan from the Law Office of Albert Wan, P.C. (collectively "Special Counsel") were employed by the Debtor wife to prosecute a pre-petition false arrest claim. Prepetition, on September 5, 2012, the Debtor received a judgment in her favor following an extend trial in the amount $251,830.00. Said amount included $109,830.00 in attorney's fees and costs in the amount of $4,500.00. Therefore, the full amount owed to the Estate on said judgment at the time of filing was $137,500.00. The judgment was appealed and Special Counsel were employed to represent the Estate's interest on September 10, 2013. Pursuant to the terms of the engagement, Special Counsel was to be compensated either 45% of the gross recovery or the total awarded by the court and paid by the Defendant under a fee-shifting statute. Following the affirmance, the Defendant paid the full amount of the judgment plus all attorney's fees accrued by Special Counsel during the pendency of the appeal. That amount totaled $290,000. Because the full amount of the judgment and attorney's fees was paid in to the Estate, there was no need to seek approval for a compromise of the claim. Instead, Trustee seeks authority herein to compensate Special Counsel for the work performed on behalf of the Estate. The total attorneys' fees and costs which Trustee seeks to pay to Special Counsel is $152,500, being the amount awarded in the judgment plus all fees accrued during the pendency of the appeal. The Estate will retain the full $137,500.00 awarded by the trial court. Special Counsel have agreed that Mr. Wan is to receive $84,966.90 of this amount in fees and Mr. Atkins is to receive $63,033.10 in fees and $4,500.00 in costs. While the proposed

payment of $152,500 does not precisely track the terms of the employment approved by this Court, Trustee believes that this proposed payment of attorney's fees is appropriate given that the Estate will receive the full amount of the judgment awarded and Special Counsel will be compensated for their efforts in preserving this judgment for the Estate.

**NOTICE IS FURTHER GIVEN** that the Trustee's Motion for Authorization to Pay Fees and Expenses of Special Counsel, is on file at the office of the Clerk, Room 1340 United States Courthouse, 75 Spring St., SW, Atlanta, GA 30303 and may be reviewed during normal business hours Monday-Friday, or it may be reviewed online at http://ecf.ganb.uscourts.gov (registered users) or at http://www.pacer.psc.uscourts.gov (unregistered users).

**NOTICE IS FURTHER GIVEN** that this court has GRANTED SHORTER NOTICE pursuant to an order to complete the sale transaction. Therefore a hearing has been set for the **19th   day** of **December, 2013** at **11:00 a.m.** in **Courtroom 1203** U.S. Courthouse, 75 Spring Street, S.W., Atlanta, GA 30303.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated above but you are not required to do so.  If you file a written response, you must attach a certificate state when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk of the Court at least two (2) business days before the hearing.  You must mail a copy of your response to the undersigned at the address stated below.

Dated: December 12, 2013.

        OGIER, ROTHSCHILD & ROSENFELD, P.C.

        By: */s/ Tamara Miles Ogier*
          Tamara Miles Ogier
          Georgia Bar No. 550355

170 Mitchell Street, S.W.
Atlanta, GA 30303
(404) 525-4000
tmo@orratl.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-57843-CRM |
| ARNOLD ROOPNARINE JAIPERSAUD, ) | |
| DRUPATTY JAIPERSAUD, ) | CHAPTER 7 |
| ) | |
| _____Debtors._____ ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the NOTICE OF TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY FEES AND EXPENSES OF SPECIAL COUNSEL and ORDER GRANTING TRUSTEE'S MOTION FOR SHORTER NOTICE PERIOD upon all parties listed on the attached "EXHIBIT A" by U.S. Mail, postage prepaid.

This the 12th day of December, 2013.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: _/s/Tamara Miles Ogier_
Tamara Miles Ogier
Georgia Bar No. 550355

170 Mitchell St., SW
Atlanta, GA 30303
(404) 525-4000
tmo@orratl.com

```
Label Matrix for local noticing        Office of the United States Trustee    Abdulmajid Khwaja
113E-1                                 362 Richard Russell Building           2688 Autumn Ridge Lane
Case 13-57843-crm                      75 Spring Street, SW                   Lawrenceville, GA 30044-7446
Northern District of Georgia           Atlanta, GA 30303-3315
Atlanta
Wed Dec 11 12:55:39 EST 2013

Albert Wan, Attorney at Law            Allied Collection                      American Express
1201 Peachtree St; Suite 200           8600 Pendergrass Roach                 PO Box 297871
400 Colony Square                      Hoschton, GA 30548-2300                Fort Lauderdale, FL 33329-7871
Atlanta, GA 30361-6302


American Express Centurion Bank        Ann & RC, LLC                          Ann's Chevron, Incorporated
c o Becket and Lee LLP                 256 Hurricane Shoals Rd                1620 Cooper Lakes Drive
POB 3001                               Lawrenceville, GA 30045                Grayson, GA 30017-1920
Malvern, PA 19355-0701


(p)BANK OF AMERICA                     Brian R. Dempsey                       CLMG Corp.
PO BOX 982238                          Freeman Mathis & Gary                  7195 Dallas Parkway
EL PASO TX 79998-2238                  100 Galleria Parkway; #1600            Plano, TX 75024-4922
                                       Atlanta, GA 30339-5948


CSA Corporation                        CSA Corporation                        (p)CAPITAL ONE
Attn: Jacob Cherner, CEO               c/o Michael D. Payne, Esq.             PO BOX 30285
6000 Legacy Drive                      271 17th Street NW; Suite 2200         SALT LAKE CITY UT 84130-0285
Plano, TX 75024-3601                   Atlanta, GA 30363-6213


Capital One Bank (USA), N.A.           Charter Communications                 City of Lawrenceville
PO Box 71083                           PO Box 742615                          PO Box 2200
Charlotte, NC  28272-1083              Cincinnati, OH 45274-2615              Lawrenceville, GA 30046-2200


Dept. Stores National Bank             Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC
Macy's                                 DB Servicing Corporation               PO BOX 3025
9111 Duke Blvd                         PO Box 3025                            NEW ALBANY OH 43054-3025
Mason, OH 45040-8999                   New Albany, OH  43054-3025


GECRB/JCP                              GMAC Mortgage                          Georgia Lottery Corporation
PO Box 984100                          3451 Hammond Ave                       250 Williams Street, Suite 3000
El Paso, TX 79998                      Waterloo, IA 50702-5300                Atlanta, GA 30303-1042


Gwinnett County                        Jackson EMC                            Kendrick Kendall McWilliams
Dept. of Water Resources               P.O. Box 100                           Larry G. Cobb & Associates
684 Winder Highway                     Jefferson, GA 30549-0100               1000 Windward Concourse #210
Lawrenceville, GA 30045-5012                                                  Alpharetta, GA 30005-2052


Medical Data Systems                   PNC Bank, N.A.                         Paul J. Dzikowski, Esq.
1374 S Babcock St                      1 Financial Pkwy                       5425 Peachtree Parkway, NW
Melbourne, FL 32901-3009               Kalamazoo, MI 49009-8002               Norcross, GA 30092-6536
```

```
Sam's Club Discover/GECRB        Shev Convenience, Inc.           The Home Depot Credit Services
PO Box 960016                    Attn: Abdulmajid Khwaja          PO Box 790328
Orlando, FL 32896-0016           2688 Autumn Ridge Lane           Saint Louis, MO 63179-0328
                                 Lawrenceville, GA 30044-7446


Theodore Freeman                 Wallace Oil Company              Wells Fargo Bank
Freeman Mathis & Gary            5370 Oakdale Road                PO Box 10347
100 Galleria Parkway; #1600      Smyrna, GA 30082-5218            Des Moines, IA 50306-0347
Atlanta, GA 30339-5948


Wells Fargo Card Services        William J.S. Atkins              Albert Wan
1 Home Campus                    Atkins & Fife, LLC               Law Office of Albert Wan, PC
3rd Floor                        6400 Powers Ferry Rd; # 355      1201 Peachtree Street NE
Des Moines, IA 50328-0001        Atlanta, GA 30339-2963           400 Colony Square, Suite 200
                                                                  Atlanta, GA 30361-6322


Arnold Roopnarine Jaipersaud     Drupatty Jaipersaud              Paul Reece Marr
1620 Cooper Lakes Drive          1620 Cooper Lakes Drive          Paul Reece Marr, P.C.
Grayson, GA 30017-1920           Grayson, GA 30017-1920           300 Galleria Parkway, N.W.
                                                                  Suite 960
                                                                  Atlanta, GA 30339


Tamara Miles Ogier               W. Gregory Pope                  William J. Atkins
Ogier, Rothschild & Rosenfeld PC W. Gregory Pope, P.C.            Atkins & Fife, LLC
170 Mitchell St. S.W.            PO Box 30                        Suite 335
Atlanta, GA 30303-3441           Covington, GA 30015-0030         6400 Powers Ferry Road
                                                                  Atlanta, GA 30339-2907
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                  Capital One                      Discover Financial Services
PO Box 982235                    PO Box 85520                     PO Box 15316
El Paso, TX 79998                Richmond, VA 23285               Wilmington, DE 19850
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CXA Corporation, as assignee of Beal Bank     End of Label Matrix
                                                 Mailable recipients    44
                                                 Bypassed recipients     1
                                                 Total                  45
```